UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**In re: Dominik Wienski**

**Case No.  08-mc-32**

**ORDER RE: DISPOSITION OF SEALED CASE**

Pursuant to the court's order dated  December 1, 2008, the aforementioned case sealed deadline was extended.  The seal on this case expired  February 26,  2009.

**IT IS ORDERED THAT** unless a response is filed within thirteen workdays requesting an alternative form of disposition, the case will be unsealed.

SO ORDERED.

March  3,   2009                             /s/James R. Muirhead
                                             James R. Muirhead
                                             United States Magistrate Judge

cc:     Arnold Huftalen, AUSA